

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00371-CR

| | | |
|---|---|---|
| CRISPIN GARCIA SUAREZ, Appellant | § | On Appeal from the 371st District Court |
| | § | |
| V. | | of Tarrant County (1484913D) |
| | § | |
| | | July 25, 2019 |
| THE STATE OF TEXAS | § | |
| | | Opinion by Chief Justice Sudderth |
| | § | |
| | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
        Chief Justice Bonnie Sudderth